Exhibit 2

| Infringement Claim Chart for U.S. Pat. No. US8140440B1 M-Files |
|---|

| Claim 20 | Evidence |
|---|---|
| 20) An electronic mortgage closing document processing system comprising a server computer configured to: | The defendant product (i.e., M-Files) is a Web-based electronic signature document processing platform that can be accessed via websites and mobile apps.<br><br>**Electronic Signatures**<br><br>Speed up the signing process for agreements, orders, invoices, and other documents remotely using electronic signatures while still enforcing your organization's document protocols.<br><br>Source: https://www.m-files.com/integrations/electronic-signatures/<br><br>The electronic signature features offered by the Electronic Signatures and Advanced Logging module expands the M-Files workflows: the state transition can be certified with user credentials. You can use electronic signatures to certify, for example, approval of documents.<br><br>Source: https://userguide.m-files.com/user-guide/2018/eng/Electronic_signature.html |

- **M-Files** – This document management solution makes it easy for real estate professionals to organize, manage and track important real estate documents such as offers, contracts, comparable sales reports, surveys and appraisals, titles, disclosures, loan agreements and leases. Using M-Files, all these documents can be accessed from just one place using any criteria you choose. It helps increase transaction speed, reduce mistakes and get your deals closed faster, all at a lower cost. It makes it easy to access information on the go using your notebook PC or mobile devices such as smartphones and tablets. The offline features of this document managemenet software enable you to access important documents without an Internet connection.

Source:       https://www.managedoutsource.com/blog/how-to-build-a-paperless-real-estate-business/

# M-Files Cloud

### Secure and scalable cloud-based intelligent information management

Manage your documents and information without investing in local server infrastructure and maintenance.

Source: https://www.m-files.com/editions/m-files-cloud/

| | |
|---|---|
| | A cloud document management system is a web-based solution that manages the storage, security, organization, and compliance of business documents. Cloud document management technology may handle documents in the cloud as well as information on premises. |
| | Source: https://www.m-files.com/supplemental/cloud-document-management/ |
| a)receive electronic mortgage closing documents; | M-Files Electronic Signature allows for the secure upload and storage of electronic documents, including mortgage closing documents (e.g., agreements). These documents can be uploaded by authorized users or integrated into existing systems.<br><br>• **M-Files** – This document management solution makes it easy for real estate professionals to organize, manage and track important real estate documents such as offers, contracts, comparable sales reports, surveys and appraisals, titles, disclosures, loan agreements and leases. Using M-Files, all these documents can be accessed from just one place using any criteria you choose. It helps increase transaction speed, reduce mistakes and get your deals closed faster, all at a lower cost. It makes it easy to access information on the go using your notebook PC or mobile devices such as smartphones and tablets. The offline features of this document managemenet software enable you to access important documents without an Internet connection.<br><br>Source: https://www.managedoutsource.com/blog/how-to-build-a-paperless-real-estate-business/ |

The electronic signature features offered by the Electronic Signatures and Advanced Logging module expands the M-Files workflows: the state transition can be certified with user credentials. You can use electronic signatures to certify, for example, approval of documents.

Source: https://userguide.m-files.com/user-guide/2018/eng/Electronic_signature.html

If you specified an electronic signature for the state transition, the signature is always required from the user before the change in state. The state changes when the object is checked in. The change of state with a signature can only be done one object at a time. Only users that have Windows authentication in use can do state changes that require an electronic signature. The user adds an electronic signature to the state transition when they enter their identification data and log in. The electronic signature does not refer to an electronic "fingerprint". The electronic signature always requires the user to enter the user identification and to log in.

Source: https://userguide.m-files.com/user-guide/2018/eng/Electronic_signature.html



Source: https://userguide.m-files.com/user-guide/2018/eng/Electronic_signature.html

Source: https://www.youtube.com/watch?v=TDR1RMhZkmU

| | |
|---|---|
| b) associate a digital signature capability with the electronic mortgage closing documents to provide a digital signature authentication capability for the electronic mortgage closing documents; | M-Files Electronic Signature supports digital signatures that provide legal authentication (such as email verification and secure logins) and integrity verification for electronic documents. Users can apply digital signatures to the mortgage closing documents (i.e., agreements) to ensure their authenticity and tamper-proof status.<br><br>The electronic signature features offered by the Electronic Signatures and Advanced Logging module expands the M-Files workflows: the state transition can be certified with user credentials. You can use electronic signatures to certify, for example, approval of documents.<br><br>Source: https://userguide.m-files.com/user-guide/2018/eng/Electronic_signature.html<br><br>If you specified an electronic signature for the state transition, the signature is always required from the user before the change in state. The state changes when the object is checked in. The change of state with a signature can only be done one object at a time. Only users that have Windows authentication in use can do state changes that require an electronic signature. The user adds an electronic signature to the state transition when they enter their identification data and log in. The electronic signature does not refer to an electronic "fingerprint". The electronic signature always requires the user to enter the user identification and to log in.<br><br>Source: https://userguide.m-files.com/user-guide/2018/eng/Electronic_signature.html |



Source: https://userguide.m-files.com/user-guide/2018/eng/Electronic_signature.html

Source: https://www.youtube.com/watch?v=TDR1RMhZkmU

|  | • **M-Files** – This document management solution makes it easy for real estate professionals to organize, manage and track important real estate documents such as offers, contracts, comparable sales reports, surveys and appraisals, titles, disclosures, loan agreements and leases. Using M-Files, all these documents can be accessed from just one place using any criteria you choose. It helps increase transaction speed, reduce mistakes and get your deals closed faster, all at a lower cost. It makes it easy to access information on the go using your notebook PC or mobile devices such as smartphones and tablets. The offline features of this document managemenet software enable you to access important documents without an Internet connection.<br><br>Source:     https://www.managedoutsource.com/blog/how-to-build-a-paperless-real-estate-business/ |
|---|---|
| c)identify one or more entities participating in an electronic document signing session; determine that the one or more entities have connected to a document signing session; | M-Files Electronic Signature facilitates the identification of participants in an electronic document signing session through user authentication methods, such as email verification and secure logins.M-Files monitors user activity and can confirm when participants have joined a document signing session, providing real-time status updates.<br><br>The electronic signature features offered by the Electronic Signatures and Advanced Logging module expands the M-Files workflows: the state transition can be certified with user credentials. You can use electronic signatures to certify, for example, approval of documents.<br><br>Source: https://userguide.m-files.com/user-guide/2018/eng/Electronic_signature.html |

If you specified an electronic signature for the state transition, the signature is always required from the user before the change in state. The state changes when the object is checked in. The change of state with a signature can only be done one object at a time. Only users that have Windows authentication in use can do state changes that require an electronic signature. The user adds an electronic signature to the state transition when they enter their identification data and log in. The electronic signature does not refer to an electronic "fingerprint". The electronic signature always requires the user to enter the user identification and to log in.

Source: https://userguide.m-files.com/user-guide/2018/eng/Electronic_signature.html

Prepare your documents, send them out for signature, keep an easy overview of the status of your documents and manage the archive process. All in a few intuitive clicks in M-Files.

Source: https://www.gonitro.com/integrations/m-files

**Data can be tracked and authenticated based on the document's signatories, signature time, and content**

Source: https://www.m-files.com/integrations/electronic-signatures/



Source: https://www.youtube.com/watch?v=VIohbXo3eb8

| | |
|---|---|
| d) provide the electronic mortgage closing documents to the one or more | M-Files Electronic Signature allows for the distribution of documents to participants in a predefined order or as needed. Users can access and review documents sequentially for signing purposes. |

entities, the electronic mortgage closing documents being provided to the one or more entities for execution of an action representing signing of the electronic mortgage closing documents, and being provided to the one or more entities in a predetermined order;



Source: https://www.gonitro.com/integrations/m-files

Source: https://www.youtube.com/watch?v=VIohbXo3eb8

|  | A named access control list is a list of permissions that can be attached to an object. It is a list consisting of one or more subjects (users, user groups, or pseudo-users) and operations (delete, edit, read, or change permissions) that are either allowed or denied to those particular subjects. Named access control lists make managing permissions in M-Files very quick and effortless.<br><br>Source: https://userguide.m-files.com/user-guide/latest/eng/Named_access_control_lists.html<br><br><br><br>Source: https://userguide.m-files.com/user-guide/2018/eng/Electronic_signature.html |
|---|---|
| e)receive a plurality of electronic signatures; | M-Files Electronic Signature supports the collection of electronic signatures from multiple parties involved in the document signing session, ensuring a legally binding signing process. |



Source: https://www.youtube.com/watch?v=VIohbXo3eb8



Source: https://userguide.m-files.com/user-guide/2018/eng/Electronic_signature.html

| | |
|---|---|
| f) store the electronic mortgage closing documents and the electronic signatures; store information relating to content of the electronic | M-Files Electronic Signature securely stores both the electronic mortgage closing documents (i.e., agreements) and the associated electronic signature information, ensuring a comprehensive record of the signing process. |

mortgage closing documents; and



Source: https://www.youtube.com/watch?v=VIohbXo3eb8



Source: https://www.youtube.com/watch?v=VIohbXo3eb8

| | |
|---|---|
| | • **M-Files** – This document management solution makes it easy for real estate professionals to organize, manage and track important real estate documents such as offers, contracts, comparable sales reports, surveys and appraisals, titles, disclosures, loan agreements and leases. Using M-Files, all these documents can be accessed from just one place using any criteria you choose. It helps increase transaction speed, reduce mistakes and get your deals closed faster, all at a lower cost. It makes it easy to access information on the go using your notebook PC or mobile devices such as smartphones and tablets. The offline features of this document managemenet software enable you to access important documents without an Internet connection.<br><br>Source:   https://www.managedoutsource.com/blog/how-to-build-a-paperless-real-estate-business/ |
| g) populate the electronic mortgage closing documents with information relevant to the document signing session. | M-Files Electronic Signature can facilitate the pre-filling of electronic documents with relevant user information, simplifying the signing process and reducing errors. |



Source: https://userguide.m-files.com/user-guide/latest/eng/Electronic_signature.html?hl=signature



Source: https://www.gonitro.com/integrations/m-files

Source: https://www.youtube.com/watch?v=VIohbXo3eb8



Source: https://userguide.m-files.com/user-guide/2018/eng/Electronic_signature.html