# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

|  |  |
|---|---|
| **Secure Ink LLC,** | Case No. 6:24-cv-00077 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **M-Files, Inc.,** | |
| Defendant. | |

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated: February 6, 2024

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Secure Ink LLC**

1

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties

who have appeared in this case on February 6, 2024 via the Court's CM/ECF system.


/s/ Isaac Rabicoff
Isaac Rabicoff