IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Secure Ink LLC,** | Case No. 6:24-cv-00077 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **M-Files, Inc.,** | |
| Defendant. | |

**NOTICE OF RELATED CASE (Western District of Texas)**

| Case Name | Case Number | Active Judge | Case Filing Date |
|---|---|---|---|
| Secure Ink LLC v. Box, Inc. | 6-24-cv-00072 | Kathleen Cardone | 2/2/2024 |
| Secure Ink LLC v. Dropbox, Inc. | 6:24-cv-00074 | Kathleen Cardone | 2/6/2024 |

Dated: February 6, 2024

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
600 Mamaroneck Ave STE 400
Harrison, NY 10528
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff
Authentixx LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on February 6, 2024 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff