IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Secure Ink LLC,**<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**M-Files, Inc.,**<br><br>　　　　　　　Defendant. | **Case No. 6:24-cv-00077-KC**<br><br>**Jury Trial Demanded** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO MOVE, ANSWER, OR OTHERWISE RESPOND**

Plaintiff Secure Ink LLC ("Plaintiff") files this Unopposed Motion for Extension of Time for Defendant M-Files, Inc. ("Defendant") to answer, move or otherwise respond to the Complaint.

Defendant's response to the Complaint is currently due on April 1, 2024. Good cause exists to extend the deadline. Defendant continues investigating Plaintiff's Complaint, the claim embodied therein, and their factual contentions. Counsel for Plaintiff has conferred with counsel for Defendant, and this request is unopposed. Accordingly, Defendant's new deadline will be May 1, 2024, under the unopposed 30-day extension.

The extension sought by this motion is the second extension of this deadline. The parties do not make this request for the purpose of delay, but so that justice may be efficiently served.

Accordingly, Plaintiff requests that the Court grant this Unopposed Motion and extend the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint to May 1, 2024.

Dated: March 28, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/ Isaac Rabicoff
　　　　　　　　　　　　　　　　　　　　Isaac Rabicoff

1

Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
773-669-4590
isaac@rabilaw.com
**Counsel for Plaintiff**
**Secure Ink LLC**

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(i), counsel for Plaintiff and counsel for Defendant conferred regarding the motion for extension of time on March 28, 2024. Counsel for Defendant does not oppose this motion and the extension sought hereby.

/s/ *Isaac Rabicoff*
Isaac Rabicoff

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on March 28, 2024, via the Court's CM/ECF system.

/s/ *Isaac Rabicoff*
Isaac Rabicoff